HMK/mjg CH 7975

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FEDERAL INSURANCE COMPANY,

          Plaintiff,          08 CV 1460 (GBD)(RLE)
                                            ECF CASE
   -against-

M/V CMA CGM VERDI,, her engines,      **RULE 7.1 STATEMENT**
boilers, tackle, etc., APL TURQUOISE,
AMERICAN PRESIDENT LINES, LTD.,
HJM INTERNATIONAL, INC.,

          Defendants
------------------------------------------------------------X

      PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH FEDERAL INSURANCE COMPANY'S PARENT CORPORATION:    THE CHUBB CORPORATION

Dated: February 7, 2008

                                            KINGSLEY, KINGSLEY & CALKINS
                                            Attorneys for Plaintiff

                                            BY:___/S/_____
                                               HAROLD M. KINGSLEY
                                               91 W. Cherry Street
                                               Hicksville, New York 11801
                                               (516) 931-0064