# United States District Court

SOUTHERN DISTRICT OF NEW YORK

FEDERAL INSURANCE COMPANY

Plaintiffs,

V.

M/V CMA CGM VERDI, her engines, boilers, tackle, etc., APL TURQUOISE, her engines, boilers, tackle, etc. AMERICAN PRESIDENT LINES, LTD., HJM INTERNATIONAL, INC.,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO:  American President Lines, Ltd.
The Prentice Hall Corporation System, Inc.
80 State Street
Albany, New York 12207

HJM International, Inc.
153-39 Rockaway Blvd.
Jamaica, New York 11434

**YOU ARE HEREBY SUMMONED** and required to serve upon **PLAINTIFF'S ATTORNEY** (name and address)

KINGSLEY, KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
(516) 931-0064

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL MCMAHON                    FEB 1 1 2008

CLERK   J. MICHAEL MCMAHON            DATE

(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK     Attorney: KINGSLEY, KINGSLEY & CALKINS

FEDERAL INSURANCE COMPANY

Plaintiff(s)

- against -

M/V CMA CGM VERDI, HER ENGINES, BOILERS, TACKLE, ETC., ETAL

Defendant(s)

Index # 08 CV 01460 (GBD)

Purchased February 11, 2008
File # CH 7975

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CECIL G. HOLLOWAY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 25, 2008 at 09:10 AM at

153-39 ROCKAWAY BOULEVARD
JAMAICA, NY 11434

deponent served the within SUMMONS & VERIFIED COMPLAINT WITH PRAYER FOR MARITIME ATTACHMENT on HJM INTERNATIONAL, INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to MR. SMITH personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & VERIFIED COMPLAINT WITH PRAYER FOR MARITIME ATTACHMENT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | TAN | BLACK | 45 | 5'7 | 210 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: February 26, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

CECIL G. HOLLOWAY
License #: 1104105
Invoice #: 457378

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728