James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
Telephone: (212) 513-3200
Telefax: (212) 385-9010
Email: jim.hohenstein@hklaw.com
      lissa.schaupp@hklaw.com

Attorneys for Defendant,
American President Lines, Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>      -against-<br><br>M/V CMA CGM VERDI, her engines, tackle, boilers, etc., APL TURQUOISE, her engines, boilers, tackle, etc., AMERICAN PRESIDENT LINES, LTD., HJM INTERNATIONAL, INC.,<br><br>      Defendants. | 08 Civ. 1460 (GBD)<br><br>**RULE 7.1 STATEMENT** |

    I, James H. Hohenstein, attorney of record for Defendant American President Lines, Ltd. having filed an initial pleading in the captioned action, state the following pursuant to Federal Rule of Civil Procedure 7.1:

    American President Lines, Ltd. is a wholly-owned subsidiary of APL Limited, which is a wholly-owned subsidiary of APL (Bermuda) Ltd. which is a wholly-owned subsidiary of Neptune Orient Lines, Ltd., which is publicly traded on the Singapore Stock Exchange.

Dated:       New York, New York
              April 18, 2008

HOLLAND & KNIGHT LLP

By: _____
      James H. Hohenstein
      Lissa D. Schaupp
      HOLLAND & KNIGHT LLP
      195 Broadway
      New York, New York 10007
      Telephone:  212-513-3200
      Telefax:  212-385-9010
      E-mail:  jim.hohenstein@hklaw.com
                 lissa.schaupp@hklaw.com

Attorneys for Defendant,
*American President Lines, Ltd.*

# 5280345_v1