HMK/mjg/CH 7975

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 11 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
FEDERAL INSURANCE COMPANY,

        Plaintiffs,

  -against-

M/V CMA CGM VERDI,, her engines,
boilers, tackle, etc., APL TURQUOISE,
her engines, boilers, tackle, etc.
AMERICAN PRESIDENT LINES, LTD.,
HJM INTERNATIONAL, INC.,

        Defendants
----------------------------------------X

08 CV 1460 (GBD)(RLE)
ECF CASE

**ORDER AND
STIPULATION OF
DISMISSAL**

This matter having been settled in all respects, it is hereby dismissed with prejudice as to all claims, cross-claims and counterclaims herein and without costs to any party.

Dated: June 10, 2008

Consented to,

KINGSLEY, KINGSLEY & CALKINS
Attorneys for Plaintiff

BY: _____
HAROLD M. KINGSLEY
91 W. Cherry Street
Hicksville, NY 11801
(516) 931-0064

HOLLAND & KNIGHT, ESQS.
Attorneys for Defendant
AMERICAN PRESIDENT LINES, LTD.

BY: _____
LISSA D. SCHAUPP
195 Broadway, 24th Floor
New York, NY 10006
(212) 513-3200

So Ordered,

_____
U.S.D.J.
**HON. GEORGE B. DANIELS**
Dated: JUN 11 2008